1  TODD BLANCHE
   Deputy Attorney General of the United States
2  SIGAL CHATTAH
   First Assistant United States Attorney
3  District of Nevada
   Nevada Bar Number 8264
4  JAMES J. GAETA
   Assistant United States Attorney
5  501 Las Vegas Boulevard South, Suite 1100
   Las Vegas, Nevada 89101
6  (702) 388-6336
   James.Gaeta@usdoj.gov
7  *Attorneys for the United States*

```
___ FILED      ___ RECEIVED
___ ENTERED    ___ SERVED ON
         COUNSEL/PARTIES OF RECORD

         FEB 1 0 2026

      CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY:_____ DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | **CRIMINAL INDICTMENT** |
|---|---|
| Plaintiff, | Case No. 2:26-cr-0018-CDS-NJK |
| v. | **VIOLATION:** |
| DAVEON LAMAR HORN, | 18 U.S.C. § 39A – |
| Defendant. | Aiming a Laser Pointer at an Aircraft |

**THE GRAND JURY CHARGES THAT:**

<u>COUNT ONE</u>
*Aiming a Laser Pointer at an Aircraft*
(18 U.S.C. § 39A)

On or about September 24, 2025, in the State and District of Nevada,

**DAVEON LAMAR HORN,**

defendant herein, knowingly aimed the beam of a laser pointer at and in the flight path of an aircraft in the special aircraft jurisdiction of the United States, that is, a Las Vegas

Metropolitan Police Department helicopter bearing aircraft registration number N530JL, in violation of Title 18, United States Code, Section 39A.

**DATED:** this 10th day of February 2026.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

TODD BLANCHE
Deputy Attorney General

_____
JAMES J. GAETA
Assistant United States Attorney